IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ISRAEL C. RAMIREZ,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 11-cv-719-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Israel C. Ramirez's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Israel C. Ramirez.

DATED: January 30, 2013

NANCY J. ROSENSTENGEL, Clerk of Court

By: s/Brenda K. Lowe, Deputy Clerk

Approved: s/ J. Phil Gilbert
           JOHN J. GILBERT
           DISTRICT JUDGE