IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ISRAEL C. RAMIREZ,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 11-cv-719-JPG

# MEMORANDUM AND ORDER

This matter comes before the Court per the Order of United States Court of Appeals for the Seventh Circuit (No. 13-3889, Doc. 40) vacating the denial of Petitioner's Rule 60(b)(6) and directing this court to grant the Rule 60(b)(6) motion and reopen these proceedings under 28 U.S.C. § 2255.

In compliance, the Clerk of Court is **DIRECTED** to reopen this matter and indicate on the docket that the Order (Doc. 17) denying Petitioner's Rule 60(b)(6) Motion has been **VACATED**. Petitioner's Rule 60(b)(6) Motion (Doc. 16) is hereby **GRANTED** and the Clerk's Judgment (Doc. 10) is **VACTED**.

The Government and Petitioner are **DIRECTED** to file briefs recommending the manner in which this case should proceed on or before **September 28, 2015**.

**IT IS SO ORDERED.**

**DATED:** 8/27/2015

                                        *s/J. Phil Gilbert*
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**