IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ISRAEL C. RAMIREZ,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 11-cv-719-JPG

### MEMORANDUM AND ORDER

This matter comes before the Court on petitioner Israel C. Ramirez's Motion to Vacate, Set aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 2).  Per the Order of United States Court of Appeals for the Seventh Circuit (No. 13-3889, Doc. 40), this matter under 28 U.S.C. § 2255 was reopened.  At the request of the Court, the parties have submitted briefs on the manner in which this case should procced.

Having reviewed the briefs, the Court finds that the files and records of this case do not conclusively show that the prisoner is entitled to no relief.  Therefore, the Court **DIRECTS** the Government to respond to Petitioner's 28 U.S.C. § 2255 in light of the decision of the Seventh Circuit.  The Court notes that the Government has requested 90 days in order to obtain additional records pertaining to the petitioner's arrests in the State of Texas (Part of Doc. 39).  The Court is granting that request and the Government's Response is due on or before **January 7, 2016** to allow sufficient time to obtain the necessary records.  Petitioner's reply is due **14 days** after the filing of the Government's response.

**IT IS SO ORDERED.**

**DATED:** 11/5/2015                       *s/J. Phil Gilbert*
                                                   **J. PHIL GILBERT**
                                                   **DISTRICT JUDGE**